UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT<br>Petitioner, | ) | CIVIL ACTION NO. 16-cv-0483 |
| vs. | ) | |
| NOURIDINE SAGNIN,<br>Respondent | ) | JUDGE ELIZABETH E. FOOTE |

**ORDER**

The Court having reviewed the Petition for Emergency Court Order to Permit Involuntary Blood Draws, Urinalysis, Conduct Weigh-Ins, and Perform Routine Medical Examinations, and the evidence in support thereof, finds that the United States has shown that irreparable injury to the health and well-being of Mr. Nouridine Sagnin will result absent entry of the instant temporary restraining order.

**IT IS ORDERED** that the Amended Petition for Emergency Court Order [Record Document 2] is **GRANTED** and a temporary restraining order is hereby **ISSUED**.

**IT IS FURTHER ORDERED** that a trained medical professional is authorized to employ the least amount of force necessary to monitor Respondent's, Nouridine Sagnin, vital signs, to conduct blood draws, to conduct weigh-ins and to perform routine medical examinations that are deemed necessary to prevent life-threatening consequences.

**IT IS FURTHER ORDERED** that competent medical authority may use the least amount of force necessary to restrain Respondent if he resists efforts to draw blood, be weighed, and submit to routine medical examinations.

**IT IS FURTHER ORDERED** this Order will expire on **Tuesday, April 26, 2016.**

**IT IS FURTHER ORDERED** that prior to the expiration of the temporary restraining order hereby issued, a hearing will take place on the Petitioner's motion for preliminary injunction. That hearing will be set by Chief Judge Dee D. Drell at a later date.

**THUS DONE AND SIGNED** this 12th day of April, 2016 at 4:25 p.m. in Shreveport, Louisiana.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE